# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 07-2554

———————

Tracy Adam Thompson,

        Appellant,

v.

Black Hawk County Sheriff's Office,

        Appellee.

    \*
    \*
    \*
    \*
    \* Appeal from the United States
    \* District Court for the
    \* Northern District of Iowa.
    \*
    \*     [UNPUBLISHED]
    \*

———————

Submitted: March 3, 2008
Filed: March 6, 2008

———————

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Tracy Adam Thompson (Thompson) appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint. Upon de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (standard of review), we conclude dismissal was proper. The sheriff's office generally is not a suable entity under § 1983, and Thompson did not allege any official policy or widespread practice or custom of the sheriff's office which deprived him of his constitutional rights. We affirm the judgment of the district court. See 8th Cir. R. 47B.

———————————————

---

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.